## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LIONELL MARTIN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) No. 18 CV 5297 |
| | ) |
| **EQUIFAX,** | ) Judge Sara L. Ellis |
| | ) |
| **Defendant.** | ) |

## MOTION TO EXCUSE MOVANT FROM APPOINTMENT AS COUNSEL

Jonathan Ledsky, of Husch Blackwell LLP ("Movant"), pursuant to Local Rule 83.50 and American Bar Association Model Rule 1.7, respectfully requests the Court to excuse Movant from appointment as counsel for Plaintiff Lionell Martin. In support of his motion, Movant states as follows:

1. Judge Ellis recruited Movant to serve as counsel for pro se Plaintiff Lionell Martin.

2. Plaintiff's complaint attempts to plead a cause of action against Equifax for violations of the Fair Credit Reporting Act ("FCRA"). In Plaintiff's complaint, Plaintiff alleges that he contacted Equifax regarding various accounts on his credit report that Plaintiff disputes. Plaintiff's complaint, then, lists several of these accounts and names the furnishers of the alleged incorrect information. As counsel for Plaintiff, Movant would be charged with examining Plaintiff's complaint, interviewing Plaintiff, gathering his relevant documents, analyzing his evidence, and assessing his potential causes of action and potential Defendants.

3. Two of the furnishers (Capital One and Discover Bank) are present clients of Movant's firm. These furnishers are potential Defendants. Specifically, in reviewing the relevant documents and assessing the evidence, Movant would have to determine whether, based on the allegedly incorrect information furnished, Plaintiff should bring a cause of action against one or both of these furnishers. Movant cannot ethically divide his loyalty between his existing duty to these furnishers and his duty to zealously advocate for Plaintiff

4. Representing Plaintiff would be a conflict and a violation of the ethical rules (American Arbitration Association Model Rule1.7).

5. Movant stands ready to serve under a different appointment.

WHEREFORE Movant respectfully requests this Court to excuse Movant from appointment as counsel for Plaintiff, Lionell Martin.

Dated: October __, 2018                    **JONATHAN N. LEDSKY**, Movant


                                                     /s/ Jonathan N. Ledsky

Jonathan N. Ledsky (6194097)
([jonathan.ledsky@huschblackwell.com](jonathan.ledsky@huschblackwell.com))
HUSCH BLACKWELL LLP
120 South Riverside Plaza
Suite 2200
Chicago, IL 60606
(312) 655-1500

# CERTIFICATE OF SERVICE

I, Jonathan N. Ledsky, an attorney, hereby certify that a true and complete copy of the above **Motion to Excuse Movant from Appointment as Counsel**, was filed and served electronically, through the Court's electronic filing system, this _____ day of October, 2018, upon:

Lionell Martin
14536 Murray
Dolton, IL 60419
Mr_lionellMARTIN@yahoo.com

/s/ Jonathan N. Ledsky

CHI-219701-1